```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.         Criminal No. 06-cr-202-01-JD

<u>Heliana Miguelina Medina Rodriguez</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                <u>/s/ Joseph A. DiClerico, Jr.</u>
                Joseph A. DiClerico, Jr.
                United States District Judge

Date:  January 16, 2007


cc: Bjorn Lange, Esq.
   Peter Papps, Esq.
   U.S. Marshal
   U.S. Probation